■ In the Matter of BRESKIN REALTY ASSOCIATES, Appellant, v ZONING BOARD OF APPEALS OF VILLAGE OF PATCHOGUE et al., Respondents. [646 NYS2d 619] —In a proceeding pursuant to CPLR article 78 to review a determination, after a hearing, of the Zoning Board of Appeals of the Village of Patchogue, dated November 3, 1993, which, after a hearing, denied the petitioner's application for renewal of a building permit, the petitioner appeals from a judgment of the Supreme Court, Suffolk County (Cohalan, J.), dated October 25, 1994, which dismissed the petition.

Ordered that the judgment is affirmed, with costs.

A determination of a zoning board must be upheld as long as

there is a rational basis for it and it is supported by substantial evidence (*see, Matter of Fuhst v Foley,* 45 NY2d 441, 444). Moreover, if not irrational or unreasonable, the interpretation and construction given statutes by the body responsible for their administration should be upheld (*see, e.g., Matter of New York Life Ins. Co. v Galvin,* 35 NY2d 52). Here, the determination of the Zoning Board of Appeals of the Village of Patchogue is not arbitrary or capricious and is supported by substantial evidence (*see, e.g., Matter of Anello v Zoning Bd. of Appeals,* 226 AD2d 458). Bracken, J. P., Santucci, Goldstein and McGinity, JJ., concur.